# AFFIDAVIT OF SERVICE

**State of New York** **County of** **United States District Court**

Index Number: 9:26-CV-1551(BKS/ML)
Date Filed: ___________

Plaintiff: **RASHAD ABDUL- MATIN**
vs.
Defendant: **CORRECTION OFFICER JOSHUA BARTLETT, ETAL**

For:
HALLIE E. MITNICK, ESQ
114 PROSPECT ST
ITHICA, NY 14850

Received by Jeremy Schor Process Service to be served on **SHANE BOWER, Central New York Psychiatric Center, 9005 OLD RIVER RD, MARCY, NY 13403**.

I, JEREMY SCHOR, being duly sworn, depose and say that on the **16th day of November, 2026** at **11:21 am, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **COMPLAINT AND JURY DEMAND, CIVIL CASE ASSIGNMENT AND FILING ORDER, AMENDED SUMMONS - BOWER, INITIAL CONFERENCE NOTICE- RESCHEDULED, INITIAL CONFERENCE NOTICE** with **SHAWN GREEN as DIRECTOR** at **Central New York Psychiatric Center, 9005 OLD RIVER RD, MARCY, NY 13403**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **COMPLAINT AND JURY DEMAND, CIVIL CASE ASSIGNMENT AND FILING ORDER, AMENDED SUMMONS - BOWER, INITIAL CONFERENCE NOTICE- RESCHEDULED, INITIAL CONFERENCE NOTICE** in a postpaid envelope addressed to: **Central New York Psychiatric Center, 9005 OLD RIVER RD, MARCY, NY 13403** and bearing the words "Personal & Confidential" by First Class Mail on **11/16/2026** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Perceived Description** of Person Served: Age: 55, Gender: F, Race: WHITE, Height: 5'5", Weight: 150, Hair: BLONDE, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 16th day of November, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

GREGG STARCZEWSKI
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Oneida County
02ST6114549
MY COMMISSION EXPIRES 08/16/2028

**JEREMY SCHOR**
Process Server

**Date**

**Jeremy Schor Process Service**
**506 Seneca St**
**Utica, NY 13502**
**(315) 939-3854**

Our Job Serial Number: JSR-2026001208

Copyright © 1992-2026 DreamBuilt Software, LLC - Process Server's Toolbox V9.0i