**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

November 17, 2026

Hon. Miroslav Lovric
United States Magistrate Judge
15 Henry Street
Binghamton, New York 13901

Re: *Abdul-Matin v. Bartlett, et al.*
Index No.: 9:26-cv-1551

Dear Magistrate Judge Lovric:

As discussed in the undersigned's previous letter request (ECF No. 13), although the undersigned does not yet represent any of the defendants, the Office of the Attorney General is still obligated to protect their interests pursuant to Public Officers Law § 17 while a representation analysis is being performed. That analysis has almost concluded but given that the responsive pleadings deadline is fast approaching, the undersigned respectfully requests a 30-day extension, until December 23, 2026, on behalf of all defendants. Plaintiff's counsel has graciously consented to this request.

Additionally, the undersigned respectfully requests an extension for all defendants to respond to Defendant Jonah Levi's Motion to Dismiss. None of the defendants appear to have been served with a copy of this motion, given that none of the other defendants have appeared, and defendant Levi's Affidavit of Service does not indicate he served any other defendant with a copy of the motion.

Finally, the undersigned respectfully requests that the Court postpone the Rule 26 and Civil Case Management Plan deadlines, and adjourn the Rule 16 conference, pending submission of defendants' responsive pleadings.

Respectfully,

/s / *Aimee Cowan*
Aimee Cowan, Esq.

Assistant Attorney General

cc: Hallie Elizabeth Mitnick, Esq., *via CM/ECF*
Andrew Stecker, Esq., *via CM/ECF*
Megan Welch, Esq., *via CM/ECF*
Sara Jensen, Esq., *via CM/ECF*