**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 18, 2026, she forwarded Defendants' Letter Request dated November 17, 2026, via regular mail to the following individual:

Jonah Levi
26-B-1911
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

Dated: Syracuse, New York
November 18, 2026

LETITIA JAMES
Attorney General of the State of New York
300 S. State Street, Suite 300
Syracuse, New York 13202
**/s / Aimee Cowan**
By: Aimee Cowan, Esq.
Assistant Attorney General
Bar Roll No. 516178
Telephone: (315) 448-4800
Fax: (315) 448-4853
Email: aimee.cowan@ag.ny.gov