UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RASHAD ABDUL-MATIN

*Plaintiff*,

Civil Case No. 9:26-CV-1551 (BKS/ML)

-against-

**CERTIFICATE OF SERVICE**

CORRECTION OFFICER JOSHUA BARTLETT; CORRECTION OFFICER SHANE BOWER; SERGEANT FRANCIS CHANDLER; SERGEANT WILLIAM DUNDON; DEPUTY COMMISSIONER OF CORRECTIONAL FACILITIES MICHAEL D'AMORE; SERGEANT DAVID FERRONE; CORRECTION OFFICER MICHAEL GERHARDT; SUPERINTENDENT BRYAN HILTON; CORRECTION OFFICER MICHAEL G. JONES; CORRECTION OFFICER CRAIG KLEMICK; CORRECTION OFFICER JONAH LEVI; CORRECTION OFFICER STEVEN MACK; COMMISSIONER DANIEL F. MARTUSCELLO, III; CORRECTION OFFICER SCOTT MONNAT; CORRECTION OFFICER CHRISTOPHER PERRI; CORRECTION OFFICER BRETT RADLEY; SERGEANT RYAN RUSSELL; CORRECTION OFFICER TRISTAN SHEPPARD; and JOHN AND JANE DOES 1-20, as yet unidentified individuals,

*Defendants*.

I, Hallie Mitnick, an attorney at Prisoners' Legal Services of New York, hereby certify under penalty of perjury, I am not a party to the above action, I am over 18 years of age, and reside in Tompkins County, New York.

On November 18, 2026, I caused to be served a true and accurate copy of the **Proposed and Amended Summonses for Shane Bower and Affidavit of Service for Shane Bower (Dkt. Nos. 21, 22, and 25)**, via first-class mail by depositing in a post-paid properly addressed envelope, causing the envelope to be delivered to a USPS agent for delivery, to:

Jonah Levi
26-B-1911
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929.

______________________________

Hallie E. Mitnick, Esq.