UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

RASHAD ABDUL-MATIN,
Plaintiff,

vs. Case No.: 9:26-CR-1551 (BKS/ML)

CORRECTION OFFICER
JOSHUA BARTLETT, et al. Judge: Hon. Miroslav Lovric

Defendants.

**ORDER & WRIT OF HABEAS CORPUS**

The Court hereby issues a writ of habeas corpus (XX) **Ad Testificandum**

1. Name of detainee: JONAH LEVI
2. AKA(s) (if applicable):
3. Prisoner ID# (if applicable): 26-B-1911
4. Detained by: Clinton Correctional Facility
**PO Box 2001**
**Dannemora, New York 12929**
5. Detainee is: A: ( ) Charged in this district by:
( ) Indictment
( ) Information
( ) Violation of Supervised Release
B: (XX) a plaintiff not otherwise available by the ordinary process of the Court.
6. Appearance is necessary on **Wednesday, February 3, 2027, at 12:00 p.m., in Person at 15 Henry Street, 1st Floor Courtroom, Binghamton New York** for Discovery Proceedings before the Honorable Miroslav Lovric, U.S. Magistrate Judge.

**WRIT OF HABEAS CORPUS**

( ) **Ad Prosequendum** (XX) **Ad Testificandum**

The above-named custodian, **THE SUPERINTENDENT OF CLINTON CORRECTIONAL FACILITY** is hereby **ORDERED** to produce the name detainee, on the date, time and place recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named facility.

Dated: November 20, 2026

Miroslav Lovric
U.S. Magistrate Judge

---------------------------------------------------------------------------------------------------------

RETURN OF SERVICE

Executed on ____________________ by ______________________ ___________________________
(Signature)