PLS Prisoners' Legal Services of New York
50 Beaver Street, 5th Floor • Albany, New York 12207
Tel: (518) 438-8046 • Fax: (518) 438-6643

**Executive Director**
Krin Flaherty
**Acting Deputy Director**
David Bentivegna

**Managing Attorney**
Sophia Heller
**Senior Supervising Attorney**
James Bogin

**Senior Staff Attorney**
Matthew McGowan
**Staff Attorneys**
Sara Jensen
Marina Jerry
Madison Levin
Kevin Nelson
**Paralegal**
Sanden Averett

November 24, 2026

Hon. Miroslav Lovric
United States Magistrate Judge
15 Henry Street
Binghamton, New York 13901

**Re:** ***Abdul-Matin v. Bartlett, et al.*, 9:26-CV-1551**

Dear Magistrate Judge Lovric:

We represent Plaintiff Rashad Abdul-Matin in the above-referenced action. We submit this letter along with our memorandum of law in opposition to Defendant Levi's motion to dismiss.

Pursuant to the Northern District of New York's Local Rules, a copy of Plaintiff's memorandum of law in opposition to Defendant Levi's motion to dismiss (filed via ECF) was served on Defendant Levi by mail along with hard copies of all citations that are unpublished or published exclusively on electronic databases.

With regard to the remaining defendants, it is our understanding that the Office of the Attorney General's representation analysis is ongoing (ECF No. 26).

As this representation analysis is ongoing and none of the remaining defendants have appeared, we have effectuated service on AAG Aimee Cowan by filing our memorandum of law in opposition to Defendant Levi's motion to dismiss via ECF.

The undersigned respectfully requests that the Court advise if additional service of the memorandum of law on the remaining defendants is required at this time.

Thank you for your consideration.

Respectfully,

Sara Jensen
Staff Attorney

cc: Aimee Cowan, esq. (via ECF)
Jonah Levi (via mail)